# Coggins Law LLC

Christopher M. Coggins
**Coggins Law** LLC
1007 N. Orange Street, 4th Floor
Wilmington, Delaware 19801
ccoggins@cogginslawfirm.com
302.307.6905

November 22, 2017

**VIA CM/ECF FILING**
John A. Cerino, Clerk of the Court
United States District Court for the District of Delaware
844 North King Street, Unit 18
Wilmington, Delaware 19801-3570

      Re:   *In re: TransPerfect Global, Inc., et al.,* 17-cv-7827-UNA (Request for Stay of Proceedings in Case Removed from Delaware Court of Chancery)

Dear Mr. Cerino:

      I represent Philip Shawe derivatively on behalf of Wordfast, LLC in the above-referenced matter. I write to notify the Court that on November 19, 2017, Mr. Shawe entered into an agreement with TransPerfect Global, Inc. ("TPG") and the Delaware Court of Chancery-appointed Custodian for TPG, Robert Pincus, the defendant in this matter, for Mr. Shawe to purchase the shares of TPG owned by Elizabeth Elting. This agreement is subject to the approval of the Chancery Court. If approved, Mr. Shawe would own 99% of TPG (Shawe's mother, Shirley Shawe, would own the remaining 1%). The Custodian has stated that the Closing is likely to occur in late 2017 or early 2018.

      As a result of this development, Mr. Shawe requests that the Court stay and hold in abeyance any and all further proceedings pending the Chancery Court's approval (and any subsequent appeals) and Closing. Upon Closing, Mr. Shawe will request that the Court approve dismissal of this derivative action with prejudice. In the event that a Closing does not occur, Mr. Shawe will promptly so inform the Court.

      Counsel for Mr. Shawe has conferred with all parties prior to making this request. Jeremy Eicher (counsel for Shirley Shawe) and David Finger (counsel for Philip Shawe individually) have reviewed this letter, and have approved of its filing. Jennifer Voss (counsel for Mr. Pincus as Custodian on behalf of TPG) and Kevin Shannon (counsel for Elizabeth Elting) have stated that, in their view, Wordfast cannot act—presumably including by filing this letter—without the consent of Ms. Elting, but have stated no other

John A. Cerino
November 22, 2017
Page 2

reason for objecting to the stay requested by Mr. Shawe. The undersigned counsel is available if the Court has any questions or wants further information.

Thank you for your attention.

          Yours truly,

          */s/ Christopher M. Coggins*

          Christopher M. Coggins
          (no. 4785)

cc:   All Counsel of Record (via ECF)