# Coggins Law LLC

Christopher M. Coggins
**Coggins Law** LLC
1007 N. Orange Street, 4th Floor
Wilmington, Delaware 19801
ccoggins@cogginslawfirm.com
302.307.6905

**November 28, 2017**

<u>**VIA CM/ECF FILING**</u>
The Honorable Mary Pat Thynge
Chief Magistrate Judge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 8, Room 2124
Wilmington, Delaware 19801

Re:   *In re: TransPerfect Global, Inc., et al.,* **17-cv-1661-VAC-MPT (Request for <u>Stay of Proceedings in Case Removed from the Delaware Court of Chancery</u>)**

Dear Judge Thynge:

I represent Philip R. Shawe derivatively on behalf of Wordfast, LLC in the above-referenced matter. I write to respond to the letter to Your Honor dated November 27, 2017, from Kevin Shannon as counsel for Elizabeth Elting (D.I. 10).

As Mr. Shannon's letter indicates, all parties are in favor of a stay. Mr. Shannon objects to the form of order submitted with my letter of November 26, 2017 (D.I. 9), solely on the basis that it states in prefatory language that I requested the stay on behalf of Philip R. Shawe derivatively for Wordfast, LLC. Mr. Shannon's objection is unfounded, as that language is entirely accurate. In order to remove the issue from dispute, however, I have enclosed with this letter a proposed form of order that omits that language to which Mr. Shannon objects.

Mr. Shannon's letter also invites this Court to revoke or modify the *pro hac vice* admissions of the attorneys at Foley Hoag serving as principal counsel in this case, not because they are unqualified to practice before this Court, but because Mr. Shannon contends that Mr. Shawe should not be permitted to represent Wordfast on a derivative basis in federal court without the consent of Ms. Elting. The Court should decline this invitation to deprive Mr. Shawe of his choice of counsel. The appropriate vehicle (in the event that the stay is lifted) is for Ms. Elting to file a motion addressed to that substantive issue, which would be a matter to be decided *de novo* by this Court. Such a substantive matter is not properly addressed in the context of a procedural *pro hac vice* motion, and indeed the Court will benefit from having counsel admitted in this case to address these issues in the event that the stay is lifted and the case proceeds.

Thank you for your attention to this matter. I am available at the Court's convenience to address any questions.

Respectfully,

Christopher M. Coggins (No. 4785)

CMC/cmc

encl.

cc: Jennifer C. Voss, Esquire (via CM/ECF filing)
    Jeremy D. Eicher, Esquire (via CM/ECF filing)
    David L. Finger, Esquire (via CM/ECF filing)
    Peter B. Ladig, Esquire (via CM/ECF filing)
    Brett M. McCartney, Esquire (via CM/ECF filing)
    Kevin R. Shannon, Esquire (via CM/ECF filing)
    Jaclyn C. Levy, Esquire (via CM/ECF filing)
    Berton W. Ashman, Jr., Esquire (via CM/ECF filing)
    Christopher N. Kelly, Esquire (via CM/ECF filing)