## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: TRANSPERFECT GLOBAL, INC. | ) ) ) | |
| ELIZABETH ELTING, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 1:17-cv-1661 |
| PHILIP R. SHAWE and SHIRLEY SHAWE, | ) ) | |
| Respondents, | ) ) | |
| and | ) ) | |
| TRANSPERFECT GLOBAL, INC. | ) ) | |
| Nominal Party. | ) ) | |

## [PROPOSED] ORDER DISMISSING
## THE REMOVED DERIVATIVE ACTION WITH PREJUDICE

WHEREAS, pursuant to the terms of the court-ordered sale ("Court-Ordered Sale") in the action captioned *In re: TransPerfect Global,* Case Nos. 9700-CB in the Court of Chancery of the State of Delaware ("Chancery Action"), which closed on May 7, 2018, Philip R. Shawe and Shirley Shawe (collectively, "Movants") own 100% of TransPerfect Global, Inc.;

WHEREAS, the Court-Ordered Sale concluded the Chancery Action from which the derivative action was removed to this Court rendering the derivative claims moot; and

WHEREAS, having considered the Joint Motion to Voluntarily Dismiss Removed Derivative Action with Prejudice filed by Movants on May 8, 2018 ("Motion to Dismiss") (Dkt. No. 13) and the changed circumstances under the Court-Ordered Sale; and

NOW THEREFORE, the Court hereby grants the Motion to Dismiss and dismisses the above-captioned action with prejudice pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure.

SO ORDERED, this _____ day of May, 2018.

_____
United States Magistrate Judge Thynge